IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01097-BNB

AARON J. DOUGLAS,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Aaron J. Douglas, initiated this action by filing *pro se* a document (ECF No. 1) in which he describes his interaction with a police officer in February 2012. Mr. Douglas also tendered to the Court a payment in the amount of $250.00, which is less than the $350.00 filing fee. On April 26, 2012, Magistrate Judge Boyd N. Boland entered an order (ECF No. 3) directing Mr. Douglas to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Douglas to file a Complaint and to pay the entire $350.00 filing fee. Mr. Douglas was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Douglas has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's April 26 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Douglas failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  4th  day of      June         , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court